IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SKYNET, LLC, a Nebraska limited liability company;<br><br>           Plaintiff,<br><br>   vs.<br><br>CHRIS COLLUM, an Individual;  TITAN LABS, LLC, a Florida limited liability company; SHERI GARCIA, Individually and as an officer of Titan Labs, LLC; and MARK HAUGHEY, Individually and in his capacity of Manager of Titans Labs, LLC;<br><br>           Defendants. | **4:24CV3191**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal.  (Filing No. 46.)  Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 13th day of January, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge